## WELLS–ELKHORN COAL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.
### No. 7304.

Circuit Court of Appeals, Sixth Circuit.
Jan. 13, 1936.

Chester A. Bennett, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

## WICKHAM PIANO PLATE COMPANY, Appellant, v. PARAGON FOUNDRIES COMPANY, Appellee.
### No. 6979.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1936.

Cole, Bowman & Hodge, of Springfield, Ohio, for appellant.

Martin & Corry, of Springfield, Ohio, and John H. Coulter, of Chicago, Ill., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there was substantial evidence to support the findings made by the District Judge and that the evidence does not indisputably show that the contract on which appellee's suit was based was superseded by a later agreement between the parties, it is ordered and adjudged that the judgment be, and the same is, affirmed.

## Harvey A. WESTLEY v. Rowenna GOLDSTEIN.
### No. 7442.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Harold Goodman, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed on motion of appellee.

## Harvey A. WESTLEY v. Bessie GOLDSTEIN.
### No. 7443.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Harold Goodman, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed on motion of appellee.